**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                      :    Chapter 13
      Joseph Trafficante            :
      Amy Trafficante               :
         Debtor(s)             :
                        :    Bankruptcy No. 17-17023-AMC

## ORDER

    **AND NOW,** this __6th__ day of __November_____, 2017, after consideration of the Debtor's Application for Extension of Time to file the Attorney Disclosure Statement, Chapter 13 Plan, Statement of Current Monthly Income, Schedules A-J, Statement of Financial Affairs, Summary and Statistical Summary, it is hereby

    **ORDERED,** that the said Application is **GRANTED** and that the Debtor's right to file the missing documents is extended until __November 27, 2017_____.

                        **BY THE COURT:**

                        _____

                        **HONORABLE ASHELY M. CHAN**
                        **U.S. BANKRUPTCY JUDGE**

Office of the United States Trustee          William C. Miller, Esquire
833 Chestnut Street                          Bankruptcy Trustee
Suite 500                                    P.O. Box 40119
Philadelphia, PA  19107                      Philadelphia, PA  19106-0119

Mike Gumbel, Esquire                         Joseph and Amy Trafficante
850 South 2nd Street                         5 Harrison Avenue
Philadelphia, PA 19147                       Clifton Heights, PA 19018
Attorney for Movant