United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 17-17023-amc
Joseph Trafficante                                        Chapter 13
Amy Trafficante
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP              Page 1 of 1             Date Rcvd: Nov 07, 2017
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.
db/jdb         +Joseph Trafficante,   Amy Trafficante,   5 Harrison Avenue,   Clifton Heights, PA 19018-1515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company et. al.
               bkgroup@kmllawgroup.com
              MICHAEL  GUMBEL    on behalf of Debtor Joseph  Trafficante mgumbel@bainbridgelawcenter.com
              MICHAEL  GUMBEL    on behalf of Joint Debtor Amy  Trafficante mgumbel@bainbridgelawcenter.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Joseph Trafficante | : | |
|     Amy Trafficante | : | |
|     Debtor(s) | : | |
| | : | Bankruptcy No. 17-17023-AMC |

### ORDER

AND NOW, this __6th__ day of __November_____, 2017, after consideration of the Debtor's Application for Extension of Time to file the Attorney Disclosure Statement, Chapter 13 Plan, Statement of Current Monthly Income, Schedules A-J, Statement of Financial Affairs, Summary and Statistical Summary, it is hereby

**ORDERED,** that the said Application is **GRANTED** and that the Debtor's right to file the missing documents is extended until __November 27, 2017_____.

BY THE COURT:

_____
**HONORABLE ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

William C. Miller, Esquire
Bankruptcy Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Mike Gumbel, Esquire
850 South 2nd Street
Philadelphia, PA 19147
Attorney for Movant

Joseph and Amy Trafficante
5 Harrison Avenue
Clifton Heights, PA 19018