# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

JOSEPH TRAFFICANTE AND AMY TRAFFICANTE

Debtor(s)

Case No. 17-17023

Claim No. : 1

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Capital One Auto Finance, a division of Capital One, N.A. | Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LP |
| P.O. Box 165028 | 4515 N Santa Fe Ave. Dept. APS |
| Irving, TX 76016 | Oklahoma City, OK 73118 |

**\*\* Note: -** Above address change is **only for Notices**. For Payment, please consider the address available in filed POC

Date: 01/09/2018

/s/ Mohammed Lala

Creditor's Authorized Agent for Capital One, N.A.