# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17023-AMC

JOSEPH  TRAFFICANTE
AMY  TRAFFICANTE
5 HARRISON AVENUE

CLIFTON HEIGHTS, PA 19018

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOSEPH  TRAFFICANTE
    AMY  TRAFFICANTE
    5 HARRISON AVENUE

    CLIFTON HEIGHTS, PA 19018

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL GUMBEL
    BAINBRDGE LAW CENTER
    850 S 2ND ST
    PHILA, PA 19147-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 1/23/2018

                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee