# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17023-AMC

JOSEPH  TRAFFICANTE
AMY  TRAFFICANTE
5 HARRISON AVENUE

CLIFTON HEIGHTS, PA 19018

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOSEPH  TRAFFICANTE
    AMY  TRAFFICANTE
    5 HARRISON AVENUE

    CLIFTON HEIGHTS, PA 19018

Counsel for debtor(s), by electronic notice only.

    MICHAEL GUMBEL
    BAINBRDGE LAW CENTER
    850 S 2ND ST
    PHILA, PA 19147-

                              /S/ William C. Miller

Date: 1/25/2018                                _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee