**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Joseph Trafficante | : | |
| Amy Trafficante | : | |
| Debtor | : | Bankruptcy No. 17-17023-AMC |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Mike Gumbel, Esquire, counsel for Debtor(s) (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on August 21, 2018, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor(s) or any other entity pending further order of this court.

3. A hearing shall be held on __September 18,_____, 2018, at __11:00 a.m.__ in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor(s) shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __September 4, 2018__.

**Date: August 21, 2018**

_____
**Honorable Ashely M. Chan**
**United States Bankruptcy Judge**

cc:

Mike Gumbel, Esq.
Counsel for Debtor
850 S. 2nd Street
Philadelphia, PA 19147

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street, 18th Fl
Philadelphia, PA 19107

Joseph and Amy Trafficante
5 Harrison Avenue
Clifton Heights, PA 19018