**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                      :    Chapter 13
    Joseph Trafficante            :
    Amy Trafficante               :
        Debtor                   :    Bankruptcy No. 17-17023-AMC

**CERTIFICATE OF SERVICE**

I, Mike Gumbel, hereby certify that on August 23, 2018, a true and correct copy of the August 21, 2018 Order Dismissing Case was served by electronic means and/or first class mail, postage prepaid upon those listed below:

Office of the United States Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

William C. Miller, Trustee
1234 Market Street, Ste 1813
Philadelphia, PA 19107

All Creditors on Master Mailing List

Joseph and Amy Trafficante
5 Harrison Avenue
Clifton Heights, PA 19018

                /s/<u>MIKE GUMBEL</u>
                MIKE GUMBEL, ESQUIRE, Applicant
                Attorney I.D. #209050
                850 South 2nd Street
                Philadelphia, PA 19147
                Phone No. 215-592-1899
                Fax No. 215-592-8868