**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Joseph Trafficante | : | |
|    Amy Trafficante | : | |
|       Debtor | : | Bankruptcy No. 17-17023-AMC |

**CERTIFICATION OF NOTICE OF THE FILING OF**
**APPLICATION FOR COUNSEL FEES PURSUANT**
**TO SECTION 331 OF THE BANKRUPTCY CODE**

     I, Mike Gumbel, hereby certify that on August 23, 2018, I served a true and correct copy of Notice of Application for Counsel Fees Pursuant to Section 331 of the Bankruptcy Code by first class mail, postage prepaid and/or by electronic means upon those listed below:

Office of the United States Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

William C. Miller, Trustee
1234 Market Street, Ste 1813
Philadelphia, PA 19107

All Creditors on Master Mailing List

Joseph and Amy Trafficante
5 Harrison Avenue
Clifton Heights, PA 19018

                              /s/MIKE GUMBEL_____
                              MIKE GUMBEL, ESQUIRE, Applicant
                              Attorney I.D. #209050
                              850 South 2nd Street
                              Philadelphia, PA 19147
                              Phone No. 215-592-1899
                              Fax No. 215-592-8868