**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Joseph Trafficante | : | |
|    Amy Trafficante | : | |
|       Debtor | : | Bankruptcy No. 17-17023-AMC |

### CERTIFICATE OF SERVICE

I, Mike Gumbel, Esq., hereby certify that on August 23, 2018, I served a true and correct copy of Counsel's Application for Compensation by electronic means and/or first class mail, postage prepaid upon those listed below:

Office of the United States Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Joseph and Amy Trafficante
5 Harrison Avenue
Clifton Heights, PA 19018

William C. Miller, Trustee
1234 Market Street, Ste 1813
Philadelphia, PA 19107

                                                  /s/MIKE GUMBEL
                                                MIKE GUMBEL, ESQUIRE, Applicant
                                                Attorney I.D. #209050
                                                850 South 2nd Street
                                                Philadelphia, PA 19147
                                                Phone No. 215-592-1899
                                                Fax No. 215-592-8868

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Joseph Trafficante | : | |
|    Amy Trafficante | : | |
|       Debtor | : | Bankruptcy No. 17-17023-AMC |

**NOTICE OF APPLICATION FOR COUNSEL FEES**
**PURSUANT TO SECTION 331 OF THE BANKRUPTCY CODE**

To the debtor and all parties in interest, NOTICE is hereby given that:

1. Mike Gumbel, Esquire, counsel for the debtor in the above captioned matter, has filed an Application with this Court for Allowance of Compensation in connection with his legal services rendered to the debtor in these bankruptcy proceedings.

2. Said Application requests the Court to enter an Order approving counsel fees in the amount of $3,500.00.

3. Any answer, objection, responsive pleading or request for hearing in writing must be filed with the Clerk of the United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107, and a copy thereof served on the counsel whose name and address appears below, within twenty (20) days from the date of this Notice.

4. In the absence of an answer, objection or request for hearing, counsel will certify same to the Court after twenty (20) days from the date of this Notice and the Court may enter the proposed Order approving said counsel fees.

Dated: August 23, 2018

/s/MIKE GUMBEL
MIKE GUMBEL, ESQUIRE, Applicant
Attorney I.D. #209050
850 South 2nd Street
Philadelphia, PA 19147
Phone No. 215-592-1899