United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17023-amc
Joseph Trafficante                                                        Chapter 13
Amy Trafficante
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2             Date Rcvd: Aug 21, 2018
                              Form ID: pdf900          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db/jdb         +Joseph Trafficante,    Amy Trafficante,    5 Harrison Avenue,    Clifton Heights, PA 19018-1515
13999135       +AR Resources Inc,    PO Box 1056,    Blue Bell, PA 19422-0287
13999138       +Deutsche Bank National Trust Co,    c/o Bank of America,    400 National Way,
                 Simi Valley, CA 93065-6414
13999139       +Fedloan Servicing,    PO Box 69184,   Harrisburg, PA 17106-9184
13999140       +Ford Motor Credit,    POB 542000,   Omaha, NE 68154-8000
13999141      #+Penn Credit Corporation,    PO Box 988,   Harrisburg, PA 17108-0988
13999143      #+Porania, LLC,    PO Box 11405,   Memphis, TN 38111-0405
13999145       +Shapiro & DeNardo, LLC,    3600 Horizon Drive, Ste 150,    King of Prussia, PA 19406-4702
14029778        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13999146       +US Department of Education,    PO Box 5609,   Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 22 2018 02:04:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 22 2018 02:04:05     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 22 2018 02:09:29
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 22 2018 02:09:16
                 Capital One Auto Finance, a divison of Capital One,    4515 N Santa Fe Ave. Dept APS,
                 Oklahoma City, OK 73118-7901
13999136       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 22 2018 02:09:16     Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
13999137       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 22 2018 02:09:16
                 Capital One Auto Finance,    3905 Dallas Pkwy,   Dallas, TX 75093-7892
14004056       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 22 2018 02:09:29
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 P.O. Box 165028,    Irving, TX 75016-5028
14018419       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 22 2018 02:09:16
                 Capital One Auto Finance, c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14077002        E-mail/Text: jennifer.chacon@spservicing.com Aug 22 2018 02:04:17
                 Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14076140        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2018 02:09:43     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P O Box 10675,   Greenville, SC 29603-0675
14075910        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2018 02:09:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of Sears National Bank,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14035800       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 22 2018 02:03:58     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13999142       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 22 2018 02:03:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
13999144       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 22 2018 02:09:41     Regional Acceptance Corp,
                 5425 Robin Hood Rd.,    Ste 101,   Norfolk, VA 23513-2451
14020011        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 22 2018 02:09:41     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
14039232        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 22 2018 02:09:17     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2           User: PaulP              Page 2 of 2                    Date Rcvd: Aug 21, 2018
                               Form ID: pdf900          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company et. al.
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company et. al.
               bkgroup@kmllawgroup.com
              MICHAEL   GUMBEL    on behalf of Debtor Joseph   Trafficante mgumbel@bainbridgelawcenter.com
              MICHAEL   GUMBEL    on behalf of Joint Debtor Amy   Trafficante mgumbel@bainbridgelawcenter.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Joseph Trafficante | : | |
|    Amy Trafficante | : | |
|       Debtor | : | Bankruptcy No. 17-17023-AMC |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Mike Gumbel, Esquire, counsel for Debtor(s) (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on August 21, 2018, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor(s) or any other entity pending further order of this court.

3. A hearing shall be held on __September 18,_____, 2018, at __11:00 a.m.__ in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor(s) shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __September 4, 2018__.

**Date: August 21, 2018**

_____
**Honorable Ashely M. Chan**
**United States Bankruptcy Judge**

cc:

Mike Gumbel, Esq.
Counsel for Debtor
850 S. 2nd Street
Philadelphia, PA 19147

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street, 18th Fl
Philadelphia, PA 19107

Joseph and Amy Trafficante
5 Harrison Avenue
Clifton Heights, PA 19018