**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 13 |
|    Joseph Trafficante | : |
|    Amy Trafficante | : |
|      Debtor(s) | : |
| | : Bankruptcy No. 17-17023-AMC |

**CERTIFICATION OF NO OBJECTION**

I hereby certify that no objection to Counsel's Application for Compensation has been filed.

I further certify that no other applications for administrative expenses have been filed.

                                         /s/ Mike Gumbel
                                         MIKE GUMBEL, ESQ.
                                         Attorney for Debtor(s)
                                         Identification No. 209050
                                         Bainbridge Law Center
                                         850 South 2nd Street
                                         Philadelphia, PA 19147
                                         215-592-1899

Date: 9/17/18