United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17023-amc
Joseph Trafficante                                                  Chapter 13
Amy Trafficante
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP               Page 1 of 1           Date Rcvd: Sep 18, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db/jdb          +Joseph Trafficante,   Amy Trafficante,    5 Harrison Avenue,   Clifton Heights, PA 19018-1515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company et. al.
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Deutsche Bank National Trust Company et. al.
               bkgroup@kmllawgroup.com
              MICHAEL   GUMBEL    on behalf of Debtor Joseph  Trafficante mgumbel@bainbridgelawcenter.com
              MICHAEL   GUMBEL    on behalf of Joint Debtor Amy  Trafficante mgumbel@bainbridgelawcenter.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :        Chapter 13
    Joseph Trafficante                      :
    Amy Trafficante                         :
        Debtor                              :        Bankruptcy No. 17-17023-AMC

**ORDER**

**AND NOW,** this __18th__ day of __September__, 2018, upon consideration of the Application for Compensation filed by Mike Gumbel, Counsel for Debtor, and any response thereto, said Application is GRANTED and Mike Gumbel/Bainbridge Law Center is awarded the sum of $3,500.00 in attorneys' fees.

**BY THE COURT:**

_____
**HONORABLE ASHELY M. CHAN,**
**U.S. BANKRUPTCY JUDGE**

Office of the United States Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

William C. Miller, Trustee
1234 Market Street, Ste 1813
Philadelphia, PA 19107

Mike Gumbel, Esq.
Bainbridge Law Center
850 S. 2nd Street
Philadelphia, PA 19147

Joseph and Amy Trafficante
5 Harrison Avenue
Clifton Heights, PA 19018